**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., § § § § § § § § § § §  Plaintiff,  v.  DOES 1-3, d/b/a Elahmad.com,  Defendants. | Civil Action No. 4:21-cv-581 |

**EXHIBIT NO. 1 TO COMPLAINT**

Copyrighted works that aired on the Protected Channels and are registered with the United States Copyright Office:

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| News Bulletin, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188010 | May 29, 2019 |
| Sports News, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188012 | May 29, 2019 |
| The Opposite Direction, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188008 | May 29, 2019 |
| Without Bounds, 2/27/2019 | February 27, 2019 | Al Jazeera Arabic News | PA0002188006 | May 29, 2019 |
| Hit Al Mawsem, Season 2, Ep. #2 | September 8, 2018 | MBC1 | PA0002154603 | November 6, 2018 |
| MBC fi Osbo'a (2020) (a/k/a/ MBC in a Week), Ep. #38 | June 2, 2020 | MBC1 | PA0002254794 | July 24, 2020 |
| MBC fi Osbo'a (2020) (a/k/a/ MBC in a Week), Ep. #45 | July 10, 2020 | MBC1 | PA0002249932 | July 24, 2020 |

| | | | | |
|---|---|---|---|---|
| MBC fi Osbo'a (2020) (a/k/a MBC in a Week), Ep. #50 | July 25, 2020 | MBC1 | PA0002266008 | September 28, 2020 |
| Sabah Al kher ya Arab, Ep. #95 | June 14, 2020 | MBC1 | PA0002254791 | July 24, 2020 |
| Sabah Al kher ya Arab (2020), Ep. #125 | July 26, 2020 | MBC1 | PA0002266013 | September 29, 2020 |
| Sabah Al kher ya Arab (2020), Ep. #126 | July 27, 2020 | MBC1 | PA0002266016 | September 29, 2020 |
| Sada Al Mala'eb (2019), Ep. #430 | February 26, 2019 | MBC1 | PA0002187998 | May 29, 2019 |
| Sada Al Mala'eb (2019), Ep. #454 | March 22, 2019 | MBC1 | PA0002187986 | May 29, 2019 |
| Takhareef, Ep. #1 | September 3, 2018 | MBC1 | PA0002154573 | November 6, 2018 |
| Ma Lam Tara (3), Ep. # 2 | February 28, 2019 | MBC1 | PA0002187994 | May 29, 2019 |
| Al Hekaya Ma' Amr Adib (2019), Ep. #36 | March 4, 2019 | MBC Masr | PA0002187989 | May 29, 2019 |
| Al Hekaya Ma' Amr Adib (2020), Ep. #92 | June 15, 2020 | MBC Masr | PA0002254792 | July 23, 2020 |
| Al Hekaya Ma' Amr Adib (2020), Ep. #114 | July 25, 2020 | MBC Masr | PA0002266006 | September 28, 2020 |
| Al Hekaya Ma' Amr Adib (2020), Ep. #115 | July 26, 2020 | MBC Masr | PA0002266007 | September 29, 2020 |
| Yahdoth fe Masr (2019), Ep. #36 | March 21, 2019 | MBC Masr | PA0002187990 | May 29, 2019 |
| Yahdoth Fi Masr (2020), Ep. #69 | June 16, 2020 | MBC Masr | PA0002254800 | July 23, 2020 |
| Yahdoth Fi Masr (2020), Ep. #70 | June 17, 2020 | MBC Masr | PA0002254795 | July 23, 2020 |

| Yahdoth Fi Masr (2020), Ep. #87 | July 28, 2020 | MBC Masr | PA0002266024 | September 29, 2020 |
|---|---|---|---|---|
| Yahdoth Fi Masr (2020), Ep. #88 | July 29, 2020 | MBC Masr | PA0002266022 | September 28, 2020 |
| Tasali Ahla Alam (2019), Ep. #41 | February 26, 2019 | MBC Kids / MBC3 | PA0002187988 | May 29, 2019 |
| Tasali Ahla Alam (2019), Ep. #60 | March 25, 2019 | MBC Kids / MBC3 | PA0002188002 | May 29, 2019 |
| Tasali Ahla Alam (2020), Ep. #104 | July 6, 2020 | MBC Kids / MBC3 | PA0002252710 | July 24, 2020 |
| Tasali Ahla Alam (2020), Ep. #105 | July 7, 2020 | MBC Kids / MBC3 | PA0002254991 | July 24, 2020 |
| Tasali Ahla Alam (2020), Ep. #119 | July 27, 2020 | MBC Kids / MBC3 | PA0002266018 | September 29, 2020 |
| Tasali Ahla Alam (2020), Ep. #120 | July 28, 2020 | MBC Kids / MBC3 | PA0002266021 | September 29, 2020 |