**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § | |
| | § | Civil Action No. 4:21-cv-581 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DOES 1-3, d/b/a Elahmad.com, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## EXHIBIT NO. 3 TO COMPLAINT

Screenshots of Protected Channels on the Elahmad Website:

Al Arabiya:



Al Hayah 1 (a/k/a Al Hayat 1):



Al Jazeera Arabic News:



CBC:



CBC Drama:



Future TV:



LBCI (a/k/a LDC):



MBC1:



MBC3 (a/k/a MBC Kids):



MBC Drama:



MBC Masr:



Melody Aflam:



Melody Drama:



Melody Classic:



Rotana Classic (Rotana America):



Rotana Kahlijiya (Rotana America):

