United States District Court
Southern District of Texas
**ENTERED**
April 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § | Civil Action No. 4:21-cv-581 |
| Plaintiff, | § | |
| v. | § § | |
| DOES 1-3, d/b/a Elahmad.com, | § § | |
| Defendants. | § § § | |

**Order Granting Plaintiff DISH Network L.L.C.'S
Motion for Leave to Conduct Expedited Discovery**

Having considered the motion for leave to conduct expedited discovery filed by Plaintiff DISH Network L.L.C. ("DISH"), and good cause appearing, the Court Grants the motion and Orders that:

1. DISH may immediately serve the subpoenas attached as Exhibits 1-10 to the declaration of Stephen M. Ferguson, on the relevant third-party service providers to identify Defendants and to obtain the documents solicited in those subpoenas.

2. To the extent additional third parties are identified in the discovery responses that are reasonably likely to have identifying information concerning Defendants, DISH shall be entitled to serve subpoenas on same in a manner consistent with the subpoenas approved in paragraph 1 above.

It is so Ordered.

Dated: April 6, 2021

_____
United States District Judge