United States District Court
Southern District of Texas
**ENTERED**
May 12, 2021
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § | CIVIL ACTION NO. 4:21-CV-00581 |
| Plaintiff, | § § | |
| vs. | § § | |
| DOES 1-3, d/b/a Elahmad.com, | § § | |
| Defendants. | § § | |

## ORDER

Plantiff's Motion for Extension of Time to Identify and Serve Defendant DOES is GRANTED. Plaintiff will have an additional 90 days, or until August 23, 2021, to identify and serve Defendants.

It is so ORDERED.

May 12, 2021
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge