THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § § § Plaintiff, § § vs. § § BASSAM ELAHMAD, a/k/a Bassem El § Ahmad and d/b/a Elahmad.com, § § Defendant. § § | CIVIL ACTION NO. 4:21-CV-00581 |

## EXHIBIT NO. 2 TO FIRST AMENDED COMPLAINT

Examples of copyrighted works that aired on the Protected Channels and do not have registrations with the United States Copyright Office:

| Title of Work | Protected Channel |
|---|---|
| Last Hour | Al Arabiya |
| Panorama | Al Arabiya |
| Special Interviews | Al Arabiya |
| Sports News | Al Arabiya |
| El Hayah el Yom | Al Hayah 1 |
| Behind The News Program, all episodes on or prior to July 31, 2020 | Al Jazeera Arabic News |
| Today's Harvest, all episodes on or prior to July 31, 2020 | Al Jazeera Arabic News |
| Hona Al Asema, all episodes from June 20, 2018 to present | CBC |
| Rahim, all episodes from June 20, 2018 to present | CBC Drama |
| Interviews | Future TV |
| Arabwood | LBC |
| Lahon w Bass | LBCI / LDC |
| Take Me Out | LBCI / LDC |
| Thawani | LBCI / LDC |

| | |
|---|---|
| Aahd Aldam, all episodes on or prior to September 23, 2020 | MBC1 |
| Al Meerath, all episodes on or prior to September 23, 2020 | MBC1 |
| Aldeeva, all episodes on or prior to September 23, 2020 | MBC1 |
| Aldheeb Fel Gleeb, all episodes on or prior to September 23, 2020 | MBC1 |
| Amr Ikhla'a, all episodes on or prior to September 23, 2020 | MBC1 |
| Doumouaa Farah, all episodes on or prior to September 23, 2020 | MBC1 |
| Driven, all episodes on or prior to September 23, 2020 | MBC1 |
| Etr Al Rouh, all episodes on or prior to September 23, 2020 | MBC1 |
| Fee Kol Osbouaa Yawm Jomoaa, all episodes on or prior to September 23, 2020 | MBC1 |
| Hamsa, all episodes on or prior to September 23, 2020 | MBC1 |
| Hit Al Mawsim, all episodes on or prior to September 23, 2020 | MBC1 |
| Kan Fi Kol Zaman, all episodes on or prior to September 23, 2020 | MBC1 |
| Laffet Al Mamlakah, all episodes on or prior to September 23, 2020 | MBC1 |
| Ma Fiyi, all episodes on or prior to September 23, 2020 | MBC1 |
| Mamlakat Eblees, all episodes on or prior to September 23, 2020 | MBC1 |
| Mumg, all episodes on or prior to September 23, 2020 | MBC1 |
| Om Algalayed, all episodes on or prior to September 23, 2020 | MBC1 |
| Ostaz Wa Ra'ees Qesm, all episodes on or prior to September 23, 2020 | MBC1 |

| | |
|---|---|
| Rayah Al Madam, all episodes on or prior to September 23, 2020 | MBC1 |
| Rehla Lel Jaheem, all episodes on or prior to September 23, 2020 | MBC1 |
| Takhareef, all episodes on or prior to September 23, 2020 | MBC1 |
| Top Chef, all episodes on or prior to September 23, 2020 | MBC1 |
| Waleedee Al Aziz, all episodes on or prior to September 23, 2020 | MBC1 |
| I-Tech, all episodes on or prior to September 23, 2020 | MBC3 / MBC Kids |
| Sawa Fe, all episodes on or prior to September 23, 2020 | MBC3 / MBC Kids |
| Telescope, all episodes on or prior to September 23, 2020 | MBC3 / MBC Kids |
| Abu Al Banat, all episodes on or prior to September 23, 2020 | MBC Drama |
| Banat Al Shams, all episodes on or prior to September 23, 2020 | MBC Drama |
| Saherat Al Janoub, all episodes on or prior to September 23, 2020 | MBC Drama |
| Alloaaba, all episodes on or prior to September 23, 2020 | MBC Masr |
| Barnamej al Heekaya, all episodes on or prior to September 23, 2020 | MBC Masr |
| Keid El Hamawat | Melody Drama |
| Bel Hagm El A'ely | Melody Drama |
| El Haram | Melody Classic |
| Saah Masreya | Rotana America |