## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

DISH NETWORK L.L.C.,                     §

              Plaintiff,               §          CIVIL ACTION NO. 4:21-CV-00581
                           §

vs.                                      §
                           §

BASSAM ELAHMAD, a/k/a Bassem El          §
Ahmad and d/b/a Elahmad.com,             §
                           §

              Defendant.              §
                           §

## EXHIBIT NO. 3 TO FIRST AMENDED COMPLAINT

Screenshots of Protected Channels on the Elahmad Website:

Al Arabiya:



Al Hayah 1 (a/k/a Al Hayat 1):



Al Jazeera Arabic News:



CBC:



CBC Drama:



Future TV:



LBCI (a/k/a LDC):



MBC1:



MBC3 (a/k/a MBC Kids):



MBC Drama:



MBC Masr:



Melody Aflam:



Melody Drama:



Melody Classic:



Rotana Classic (Rotana America):



Rotana Kahlijiya (Rotana America):

