United States District Court
Southern District of Texas
**ENTERED**
November 30, 2021
Nathan Ochsner, Clerk

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:21-CV-00581 |
| vs. | § § | |
| BASSAM ELAHMAD, a/k/a Bassem El Ahmad and d/b/a Elahmad.com | § § § | |
| Defendant. | § § | |

### ORDER

Plantiff's Motion for Extension of Time to Serve Defendant and for Alternative Service is GRANTED. Plaintiff will have an additional three months, or until February 23, 2022, to serve Defendant. If Defendant is not served by that date, Plaintiff may serve Defendant by email at www.elahmad.com@hotmail.com,elahmad03@googlemail.com,andelahmad.com@gmail.com

It is so ORDERED.

NOV 3 0 2021
Date

The Honorable Alfred H. Bennett
United States District Judge