# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

DISH Network L.L.C.

v.   Case Number: 4:21−cv−00581

Does 1−3, et al.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**   Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 4/29/2021

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   November 30, 2021

Nathan Ochsner, Clerk