ZUSTELLUNGSZEUGNIS
CERTIFICATE
ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1) dass der Antrag erledigt worden ist *)
that the document has been served *)
que la demande a été exécutée *)

- am (Datum)                    27.10.2021
  the (date)
  le (date)

- in (Ort, Straße, Nummer)      12309 Berlin, Groß-Ziethener Straße 64
  at (place, street, number)
  à (localité, rue, numéro)

— in einer der folgenden Formen nach Artikel 5:
  in one of the following methods authorised by article 5:
  dans une des formes suivantes prévues à l'article 5:

  a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
     in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
     selon les formes légales (article 5, alinéa premier, lettre a) *).

  ~~b) in der folgenden besonderen Form *):~~
  ~~in accordance with the following particular method *):~~
  ~~selon la forme particulière suivante *):~~

  ~~c) durch einfache Übergabe *).~~
  ~~by delivery to the addressee, who accepted it voluntarily *).~~
  ~~par remise simple *).~~

Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:

~~- (Name und Stellung der Person) **)~~         **durch Einlegung in den zur Wohnung gehörenden**
~~(identity and description of person)~~         **Briefkasten oder in eine ähnliche Vorrichtung**
~~(identité et qualité de la personne)~~

~~- Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger: **)~~
~~relationship to the addressee (family, business or other):~~
~~liens de parenté, de subordination ou autres, avec le destinataire de l'acte:~~

~~2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte *):~~
~~that the document has not been served, by reason of the following facts *):~~
~~que la demande n'a pas été exécutée, en raison des faits suivants *):~~

~~Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).~~
~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).~~
~~Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).~~

Anlagen
Annexes
Annexes

Zurückgesandte Schriftstücke:        **Doppel des Antrages und der Schriftstücke**
Documents returned:
Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:
In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

                                     Ausgefertigt in **Berlin** am **08.12.2021**
                                     Done at                      the
                                     Fait à                       le

**Amtsgericht Kreuzberg**            Unterschrift und/oder Stempel.
**Möckernstraße 130**                Signature and/or stamp.
**10958 Berlin**                     Signature et/ou cachet.

                                                    **(Sydow)**
**9 E 2 – 255/21**                                  **Rechtspfleger**

  *  Unzutreffendes streichen.
     Delete if inappropriate.
     Rayer les mentions inutiles.
 **  Angaben über die Stellung der Person oder über ihr Verhältnis zum Zustellungsempfänger sind nur zu machen, soweit die Stellung oder das
     Verhältnis bekannt sind.

# ANTRAG AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN SCHRIFTSTÜCKS IM AUSLAND

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| Bezeichnung und Anschrift der ersuchenden Stelle<br>Identity and address of the applicant<br>*Identité et adresse du requérant*<br>Stephen Ferguson<br>Hagan Noll & Boyle, LLC<br>820 Gessner, Suite 940, Houston, Texas 77024<br>Email: stephen.ferguson@hnbllc.com<br>Phone: +713-343-0478 | Anschrift der Bestimmungsbehörde<br>Address of receiving authority<br>*Adresse de l'autorité destinataire*<br>Senatsverwaltung für Justiz,<br>Verbraucherschutz undAntidiskriminierung Berlin<br>Salzburger Straße 21-25<br>10825 Berlin, Germany |
|---|---|

Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde - in zwei Stücken - die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich:

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**(Name und Anschrift)**
(identity and address) / *(identité et adresse)*
Bassam Elahmad, a/k/a Bassem El Ahmad
Address: CourtGross-Ziethnerstrasse 64, 12309 Berlin, Germany

| ☒ | a) | **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a)***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
|---|---|---|
| ☐ | b) | **in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe b)*):**<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:* |
| ☐ | c) | **gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)*.**<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks - und seiner Anlagen* - mit dem Zustellungszeugnis auf der Rückseite zuruckzusenden oder zurücksenden zu lassen.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.*

**Verzeichnis der Schriftstücke**
List of documents / *Énumération des pièces*

- Court Issued Summons as to Bassam Elahmad;
- First Amended Complaint with Exhibits 1-3;
- Order for Conference and Disclosure of Interested Parties;
- Court Notice Resetting Initial Conference; and
- Judge Alfred H. Bennett Court Procedures and Practices
  (Submitted in duplicate with translations)

* Wenn zutreffend
*if appropriate / s'il y a lieu*

| Ausgefertigt in Houston, TX, USA<br>Done at / *Fait à*<br>am _____ September 30, 2021<br>the / *le* | Unterschrift und / oder Stempel<br>Signature and/or stamp / *Signature et/ou cachet*<br>*[signed] Stephen M. Ferguson* |
|---|---|

ZUSTELLUNGSZEUGNIS
CERTIFICATE
ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1) dass der Antrag erledigt worden ist *)
that the document has been served *)
que la demande a été exécutée *)

- am (Datum)           27.10.2021
  the (date)
  le (date)

- in (Ort, Straße, Nummer)     12309 Berlin, Groß-Ziethener Straße 64
  at (place, street, number)
  à (localité, rue, numéro)

— in einer der folgenden Formen nach Artikel 5:
   in one of the following methods authorised by article 5:
   dans une des formes suivantes prévues à l'article 5:

a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
   in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
   selon les formes légales (article 5, alinéa premier, lettre a) *).

b) ~~in der folgenden besonderen Form *):~~
   ~~in accordance with the following particular method *):~~
   ~~selon la forme particulière suivante *):~~

c) ~~durch einfache Übergabe *).~~
   ~~by delivery to the addressee, who accepted it voluntarily *).~~
   ~~par remise simple *).~~

Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:

- (Name und Stellung der Person) **)        By posting it in the letterbox belonging to flat or in a
  (identity and description of person)       similar manner
  (identité et qualité de la personne)

- Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger **)
  relationship to the addressee (family, business or other):
  liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. ~~dass der Antrag aus folgenden Gründen nicht erledigt werden konnte *):~~
   ~~that the document has not been served, by reason of the following facts *):~~
   ~~que la demande n'a pas été exécutée, en raison des faits suivants *):~~

~~Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Auf-
stellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).~~
~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in
the attached statement *).~~
~~Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au
mémoire ci-joint *).~~

Anlagen
Annexes
Annexes

Zurückgesandte Schriftstücke:      Copy of the application and that of the document
Documents returned:
Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:
In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

                                              Ausgefertigt in Berlin am 08.12.2021
                                              Done at                the
                                              Fait à                 le

Local court of Kreuzberg                      Unterschrift und/oder Stempel.
Möckernstraße 130                             Signature and/or stamp.
10958 Berlin                                  Signature et/ou cachet.

9 E 2 – 255/21                                              (Sydow)
                                                            Legal officer

Unzutreffendes streichen.
Delete if inappropriate.
Rayer les mentions inutiles.

**) Information on the status of the person or on his relationship to the addressee shall only be given if the status or relationship is known.



# Certificate of Accuracy

Sean Hopwood
Company Representative

**Translated documents:** Certificate of Service on Bassam Elahmad by German Central Authority corresponding to Certificate of Service on Bassam Elahmad by German Central Authority

As the President and Company Representative for Day Translations, Inc., I, Sean Hopwood, certify that this translation was done by a bilingual translator thoroughly familiar with the German and English languages and that the attached document has been translated to the best of our knowledge from German into English and that the English text is an accurate and true translation of the original document presented to the best of our knowledge and belief.

Signed on January 31st, 2022

Sean Hopwood

*President and Company Representative for Day Translations, Inc.*










2202 N Westshore Blvd #200 Tampa, FL 33607 | Toll Free: 1-800-969-6853  Fax: 1-800-856-2759
E-mail: contact@daytranslations.com | www.daytranslations.com