United States District Court
Southern District of Texas
**ENTERED**
June 30, 2022
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § | CIVIL ACTION NO. 4:21-CV-00581 |
| Plaintiff, | § § | |
| vs. | § § | |
| BASSAM ELAHMAD, a/k/a Bassem El Ahmad and d/b/a Elahmad.com | § § § | |
| Defendant. | § § | |

### ORDER GRANTING PLAINTIFF DISH NETWORK L.L.C.'S MOTION TO SEAL EXHIBIT 2 TO THE DECLARATION OF ELIZABETH RIEMERSMA

Having considered DISH Network L.L.C.'s ("DISH") Motion to Seal Exhibit 2 to the Declaration of Elizabeth Riemersma, and finding good cause,

IT IS HEREBY ORDERED:

DISH's Motion to Seal Exhibit 2 to the Declaration of Elizabeth Riemersma is GRANTED, and Exhibit 2 shall be sealed.

JUN 2 9 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge