United States District Court
Southern District of Texas
**ENTERED**
August 28, 2022
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § § § | CIVIL ACTION NO. 4:21-CV-00581 |
| Plaintiff, | § | |
| vs. | § § | |
| BASSAM ELAHMAD, a/k/a Bassem El Ahmad and d/b/a Elahmad.com | § § § | |
| Defendant. | § § | |

## ORDER GRANTING PLAINTIFF LEAVE TO EXCEED PAGE LIMITS

This matter came before the Court on Plaintiff DISH Network L.L.C.'s motion for leave to exceed the Court's 20-page limit on Plaintiff's amended motion to enter default and grant default judgment.

Having considered the motion, and finding good cause,

IT IS HEREBY ORDERED:

Plaintiff's motion for leave to exceed page limits is granted, and Plaintiff may file a 27-page amended motion to enter default and grant default judgment, including the case style, table of contents, and signature block.

AUG 2 4 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge