**THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | § | |
| | § | CIVIL ACTION NO. 4:21-CV-00581 |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| BASSAM ELAHMAD, a/k/a Bassem El | § | |
| Ahmad and d/b/a Elahmad.com | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF DISH NETWORK L.L.C.'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff DISH Network L.L.C. ("DISH") hereby appeals

to the United States Court of Appeals for the Fifth Circuit from the Order denying DISH's

Amended Motion for Entry of Default and Default Judgment entered on March 29, 2023 (Doc.

28). DISH also appeals all other adverse rulings, orders, and judgments incorporated or merged

into the Order (Doc. 28).

Dated: April 28, 2023

Respectfully submitted,

HAGAN NOLL & BOYLE LLC
By: /s/ Stephen M. Ferguson
Stephen M. Ferguson (attorney-in-charge)
Texas Bar No. 24035248
Southern District of Texas Bar No. 614706
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
Counsel for Plaintiff DISH Network L.L.C.